UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEBORAH L. PISANO,               )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )       CV421-093
                                 )
KILOLO KIJAKAZI.                 )
                                 )
                                 )
        Defendant.               )

## REPORT AND RECOMMENDATION

The Acting Commissioner of Social Security filed a Motion to Dismiss *pro se* Plaintiff Deborah L. Pisano's Complaint related to the denial of her Social Security benefits for failure to state a claim. Doc. 24. After Plaintiff failed to respond to the Motion to Dismiss before her deadline to do so, the Court directed her to (1) show cause why her case should not be dismissed for her failure to prosecute with reasonable promptness, and (2) respond to the Motion to Dismiss. Doc. 25 at 1-2 (citing Fed. R. Civ. P. 41(b) and *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing courts' power "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the

parties seeking relief.")).  The Court expressly warned her that "failure to submit **both responses** [by May 15, 2023] will result in the recommendation that her case be dismissed."  Doc. 25 at 2 (emphasis in original).  Plaintiff did not file either response before her deadline to do so.  *See generally* docket.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders.  *See* S.D. Ga. L.R. 41(b); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Plaintiff's case should thus be **DISMISSED** without prejudice for failing to comply with the Court's Order and failing to prosecute her case.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time

to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 10th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA