IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEBORAH L. PISANO, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-93 |
| v. | |
| KILOLO KIJAKAZI, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 10, 2023, Report and Recommendation, (doc. 26), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) Defendant's Motion to Dismiss is **DISMISSED** as moot. (Doc. 24.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of July, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA