AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEBORAH L. PISANO,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-93

KILOLO KIJAKAZI,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 28, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed and Defendant's Motion to Dismiss is dismissed as moot. This case stands closed.

Approved by: _/s/ R. Stan Baker_

August 2, 2023

Date

John E. Triplett, Clerk of Court

Clerk

_/s/ Jamie Sabalza_

(By) Deputy Clerk

GAS Rev 10/2020